UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

General Electric Capital Corporation,

Plaintiff,

vs. ORDER OF RECUSAL

Roger Weber, Joan B. Weber and Ronald A. Have,

Defendants. Civ. No. 02-754(JRT/RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 24th day of July, 2002.

* * *

In accordance with the provisions of Title 28 U.S.C. §455(a), the undersigned hereby recuses himself in this matter, and the file is transferred to Chief United States Magistrate Judge Jonathan Lebedoff for such reassignment as is deemed proper.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

FILED JUL 24 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

General Electric Capital Corp.

vs 02-754JRT/FLN

Roger Weber, et al

Pursuant to an Order of Recusal by Magistrate Judge Raymond L. Erickson, the above action has been referred to Magistrate Judge Franklin L. Noel. Please note the change in the MJ initials above and refer to them when submitting materials to the court. Please also note that Judge Tunheim remains the presiding judge in this action.