UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

General Electric Capital Corp.,

Plaintiff,

v.

Roger Weber, Joan B. Weber and Ronald A. Have,

Defendants.

Civil 02-754 JRT

ORDER OF RECUSAL

---

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses himself in this matter.

DATED: July 26, 2002.

FRANKLIN L. NOEL
United States Magistrate Judge

FILED JUL 26 2002
Richard D. Sletten, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

General Electric Capital Corp.

Vs. 02-754JRT/AJB

Roger Weber, et al

Pursuant to an Order of Recusal by Magistrate Judge Noel, the above-entitled matter has been referred to Magistrate Judge Arthur J. Boylan. Please note the change in the magistrate judge initials above and refer to them when submitting documents to the court. Please also note that Judge Tunheim remains the presiding judge in this matter.