**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

GENERAL ELECTRIC CAPITAL CORPORATION,

Plaintiff,

v.

ROGER WEBER, et al.

Defendants.

Civil No. 02-754 (JRT/AJB)

**ORDER OF DISMISSAL**

---

Bryan N. Anderson, ANDRESEN HAAG PACIOTTI & BUTTERWORTH, Post Office Box 745, Duluth, MN 55801, for plaintiff.

John M. Mulligan, MULLIGAN & BJORNNES, 401 Groveland Avenue, Minneapolis, MN 55403, for defendants Weber; James A. Rubenstein, MOSS & BARNETT, 90 South Seventh Street, Ste 4800, Minneapolis, MN 55402, for defendant Have.

The Court having been advised that the above action has settled,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for forty-five days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

DATED: May 29, 2003
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge

FILED MAY 29 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK